■ In the Matter of COLONIAL SURETY COMPANY, Appellant, v LAKEVIEW ADVISORS, LLC, et al., Respondents. In the Matter of COLONIAL SURETY COMPANY, Appellant, v NEAVERTH ENTERPRISES, LLC, et al., Respondents. [955 NYS2d 903]

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.